IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE GROUP, as subrogee of Whitefish Marine and Powersports,<br><br>    Plaintiff,<br><br>vs.<br><br>TIGE BOATS, INC. and JOHN DOES I-X,<br>    Defendant. | CV 21-135-M-KLD<br><br><br>**ORDER** |

    Upon motion, Defendant moves for the admission of Raechel Conyers to practice before this Court in this case with Jill Gerdrum to act as local counsel. Ms. Conyers's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Conyers pro hac vice is GRANTED on the condition that Ms. Conyers shall do her own work. This means that Ms. Conyers must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Conyers may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Conyers's.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Conyers, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 23rd day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge