IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE GROUP, as subrogee of Whitefish Marine and Powersports,<br><br>Plaintiff,<br><br>vs.<br><br>TIGE BOATS, INC.<br><br>Defendant. | CV 21-135-M-KLD<br><br>**ORDER** |

Plaintiff The Hanover Insurance Group moves for the admission of Patrick P. Jarosch to practice before this Court in this case with Dwight J. Schulte to act as local counsel. Mr. Jarosch's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Jarosch pro hac vice is GRANTED on the condition that Mr. Jarosch shall do his own work. This means that Mr. Jarosch must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Jarosch may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Jarosch.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Jarosch, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 29th day of December, 2021.

                                                  _____
                                                  Kathleen L. DeSoto
                                                  United States Magistrate Judge