IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE GROUP, as subrogee of Whitefish Marine and Powersports, | CV 21-135-M-KLD |
| Plaintiff, | **ORDER** |
| vs. | |
| TIGÉ BOATS, INC. | |
| Defendant. | |

Defendant Tigé Boats, Inc. moves for the admission of Jeffrey Smith to practice before this Court in this case with Jill Gerdrum to act as local counsel. Mr. Smith's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Mr. Smith pro hac vice is GRANTED on the condition that Mr. Smith shall do his own work.  This means that Mr. Smith must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Smith, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 11th day of January, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge