IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE GROUP, as subrogee of Whitefish Marine and Powersports,<br><br>Plaintiff,<br><br>vs.<br><br>TIGÉ BOATS, INC. and JOHN DOES I-X<br><br>Defendants. | CV 21–135–M–KLD<br><br>ORDER |

The parties have filed a joint stipulation for dismissal with prejudice. (Doc. 29). Accordingly,

IT IS ORDERED that the January 17, 2023 jury trial is VACATED and this matter is DISMISSED with prejudice, as fully and finally settled on the merits, with each party to bear its own costs and attorneys' fees incurred herein.

DATED this 29th day of March, 2022.

Kathleen L. DeSoto
United States Magistrate Judge

1